IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: SANDRA BROWN ) | |
| **Debtor(s)** ) | CASE NO. 20-11767 (ELF) |
| ) | |
| FIRST INVESTORS SERVICING ) | CHAPTER 13 |
| CORPORATION ) | |
| **Moving Party** ) | |
| ) | |
| v.  ) | |
| ) | 11 U.S.C. 362 |
| SANDRA BROWN ) | |
| **Respondent(s)** ) | |
| ) | |
| KENNETH E. WEST ) | |
| **Trustee** ) | |
| ) | |
| ) | |

## PRAECIPE TO RE-LIST MATTER FOR HEARING

**TO THE CLERK OF BANKRUPTCY COURT:**

    Kindly re-list for a hearing the Motion For Stay Relief of First Investors Servicing Corporation, originally filed on or about November 11, 2021. The previous motion had been settled, but First Investors has been unable to obtain a signed Stipulation.

Date: 4/6/22

    /s/ William E. Craig
    William E. Craig, Esquire
    Attorney ID 92329
    Morton & Craig LLC
    110 Marter Ave.
    Suite 301
    Moorestown, NJ 08057
    Phone (856) 866-0100
    Fax (856) 722-1554
    Attorney for First Investors Servicing Corporation